■ MICHAEL P. LOONEY, Appellant, v FRAN HIRSCH DEVELOPMENT, INC. et al., Respondents.—Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Patlow, J. (Appeal from order of Supreme Court, Monroe County, Patlow, J.—partial summary judgment.) Present—Dillon, P. J., Denman, Green, Pine and Lowery, JJ.